COMBS, C.J.:
 

 ¶1 This is an appeal of an Order Affirming Decision of Administrative Law Judge by the
 Oklahoma Workers' Compensation Commission En Banc, on January 20, 2017. Petitioner suffered a compensable injury after the effective date of the Administrative Workers' Compensation Act (AWCA) (Title 85A). The Administrative Law Judge awarded Petitioner Permanent Partial Disability (PPD). Petitioner challenged the constitutionality of several sections of the AWCA which mandate the exclusive use of the latest edition of the American Medical Association's Guide (AMA Guide) to evaluate and award PPD. The ALJ found the use of the AMA Guide to be constitutional. The Oklahoma Workers' Compensation Commission En Banc affirmed. The dispositive issue on appeal concerns the constitutionality of the sections of the AWCA which mandate the use of the AMA Guide. This cause was assigned to this office on March 28, 2018.
 

 ¶2 Upon review of the record and briefs of the parties, this Court has determined the issues raised in this appeal have already been decided in our recent opinion,
 
 Hill v. American Medical Response,
 

 2018 OK 57
 
 ,
 
 423 P.3d 1119
 
 ,
 
 2018 WL 3121718
 
 . In
 
 Hill
 
 this Court held the required use of the AMA Guide in the AWCA was constitutional. The Order of the Oklahoma Workers' Compensation Commission En Banc is affirmed.
 

 ¶3 Combs, C.J., Winchester and Darby, JJ., concur;
 

 ¶4 Kauger and Edmondson, JJ., concur by reason of stare decisis;
 

 ¶5 Gurich, V.C.J. and Reif, J., dissent;
 

 ¶6 Colbert and Wyrick, JJ., recused.